In the Interest of A.N.W., a Child          ☐          From the 181st District Court
                                                                    Of Randall County

No. 07-12-00532-CV                           ☐          February 20, 2013

                                             ☐          Opinion by Justice Hancock

## J U D G M E N T

Pursuant to the opinion of the Court, it is ordered, adjudged and decreed that this appeal be dismissed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o